**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-40705
Summary Calendar
_____


GERARDO LOPEZ; ET AL,

Plaintiffs,

GERARDO LOPEZ; ERASMO ANZALDUA; LIZA MURILLO;
MIGUEL A. BARRERA; ROGELIO BUENO BARRERA; ET AL,

Plaintiffs-Appellants,

RAYMOND T. CRUZ; JUAN DE LOS SANTOS; RICHARDO GALLARDO;
RENE R. GARZA; JESSIE RODRIGUEZ; ET AL,

Intervenor Plaintiffs-Appellants,

VERSUS

COUNTY OF HIDALGO, TEXAS,

Defendant-Intervenor Defendant-Appellee.

Appeal from the United States District Court for
the Southern District of Texas, McAllen Division

May 22, 2001

Before DAVIS, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[1]

Following a review of the record, we find that we are

without jurisdiction over this appeal for the following reasons:

---

[1] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

First, the order referenced in the Notice of Appeal, specifically the "Granting of Defendant's Motion for Summary Judgment, of January 7, 2000," is not a final order disposing of all claims of all parties before the District Court and was not designated as a final order by the District Court pursuant to Rule 54(b), F.R.C.P.  Second, the Order of Dismissal entered by the District Court on May 19, 2000, disposing of the claims of the remaining twelve plaintiffs, does not satisfy the requirements of Rule 58 that the judgment be set forth in a separate document.

Because no appealable judgment has been entered, this appeal is DISMISSED.